**Fill in this information to identify the case:**

Debtor Name **North American Sealing Solutions, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-41374-elm**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Susser Bank** | **Checking account** | **4  8  9  2** | **$25,000.00** |
| 3.2. **Southside Bank** | **Checking account** | **5  8  1  2** | **$5,000.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____
   4.2 _____ _____

5. **Total of Part 1** | **$30,000.00** |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor  **North American Sealing Solutions, LLC**                           Case number *(if known)* **25-41374-elm**
_____
Name

___

7.2 _____      _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____      _____

8.2 _____      _____

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                              | _____ |

___

| **Part 3:** | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

11.   **Accounts receivable**

11a. 90 days old or less:   **$699,582.00**  -  **$186,807.00**  =.....➡   **$512,775.00**
                            face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   **$46,374.78**  -  **$28,235.00**  =.....➡   **$18,139.00**
                         face amount    doubtful or uncollectible accounts

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.         | **$530,914.00** |

___

| **Part 4:** | Investments |
|---|---|

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____      _____   _____

14.2 _____      _____   _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1 _____   _____   _____   _____

15.2 _____   _____   _____   _____

Debtor    **North American Sealing Solutions, LLC**

Name

Case number *(if known)* __25-41374-elm__

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____    _____    _____

   16.2 _____    _____    _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **Steel, Brass, Other Metals** | _____ MM / DD / YYYY | unknown | Cost - Debtor's opinion of value | $115,108.00 |
| **20.** **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **O-Rings, Rubber Products, ETC** | _____ MM / DD / YYYY | unknown | Cost - Debtor's Opinion of Value | $508,640.00 |
| **22.** **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.    | $623,748.00 |

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No
   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**

Debtor    **North American Sealing Solutions, LLC**                          Case number *(if known)* __25-41374-elm__
_____
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                             _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor   **North American Sealing Solutions, LLC**
Name

Case number *(if known)* **25-41374-elm**

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Desk, Chairs, Fixtures, Printers, Computers, Phones, Filing Cabinets, Decor** | **unknown** | **Cost - Debtor's opinion of value** | **$20,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$20,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 | | | |
| | 47.2 | | | |
| | 47.3 | | | |

Debtor      **North American Sealing Solutions, LLC**                          Case number *(if known)* 25-41374-elm
            Name

| | | | |
|---|---|---|---|
| 47.4 | | | |

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

| | | | |
|---|---|---|---|
| 48.1 | | | |
| 48.2 | | | |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | | | |
| 49.2 | | | |

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| RB8 | | unknown | $20,000.00 |
| RA6 | | unknown | $20,000.00 |
| ST20 | | unknown | $39,900.00 |
| ST35 | | unknown | $50,400.00 |
| VF4 | | unknown | $47,000.00 |
| Dip Spin | | unknown | unknown |
| Forklift | | unknown | $22,879.00 |
| Okuma | | unknown | $169,500.00 |
| Tsugami A | | unknown | $57,500.00 |
| Tsugami B | | unknown | $57,500.00 |
| Tsugami C | | unknown | $69,300.00 |
| Tsugami D | | unknown | $175,000.00 |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.
| $728,979.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 9:** | Real property |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **North American Sealing Solutions, LLC**

Case number *(if known)* **25-41374-elm**

Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **3000 W. Pafford St Fort Worth, TX 76110** | **Lease** | **unknown** | | **unknown** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| **naseals.net** | **unknown** | | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| **Sales Tax Permit; Certificate of Occupancy** | **unknown** | | **unknown** |
| **Certificate of Occupancy** | **unknown** | | **unknown** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Customer lists** | **unknown** | | **unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* 25-41374-elm |
|---|---|---|
| | Name | |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➡   _____
                            Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Retained Earnings** _____   Tax year **2023** _____   **$2,825,281.00**

**73. Interests in insurance policies or annuities**

_____   _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

Nature of claim   _____

Amount requested   _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

Nature of claim   _____

Amount requested   _____

Debtor    **North American Sealing Solutions, LLC**                     Case number *(if known)* __25-41374-elm__
_____
Name

| 76. | **Trusts, equitable or future interests in property** | | |
|---|---|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
|---|---|---|---|

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.
| | **$2,825,281.00** |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $30,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $530,914.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $623,748.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $728,979.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➡ | | **unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **unknown** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,825,281.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $4,758,922.00 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................
| | **$4,758,922.00** |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **North American Sealing Solutions, LLC**

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**

(State)

Case number (if known):    **25-41374-elm**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Creditor's name**<br>**Financial Services**<br><br>**Creditor's mailing address**<br>**1625 Foutainhead Pkwy**<br><br>**Tempe, AZ 85282**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**  __ __ — __ __<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Tsugami A<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $26,000.00 | $57,500.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,185,033.00

| Debtor | **North American Sealing Solutions, LLC** | Case number (if known) | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**First Bank of The Lake**

Describe debtor's property that is subject to a lien

| | **$133,000.00** | **unknown** |

**Creditor's mailing address**

**1088 N. Church St**

**Greenville, SC 29601**

Describe the lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Remarks:** SBA Express Loan

| Debtor | **North American Sealing Solutions, LLC** | Case number (if known) | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** Creditor's name

**Highland Capital Corporation**

Creditor's mailing address

**370 Pascack Rd**

**Township of Washington, NJ**
**07676**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  __ __  __ __  __ __  __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Tsugami D

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

$138,000.00 | $175,000.00

Debtor    **North American Sealing Solutions, LLC**                    Case number (if known)  **25-41374-elm**
          _____                        _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | **that supports this** |
| | | of collateral. | **claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**Intech Funding Corp**
_____

**Creditor's mailing address**

**PO Box 7167**
_____

**Pasadena, CA 91109-7167**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Dip Spin
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| | |
|---|---|
| **$41,531.00** | **unknown** |

| Debtor | **North American Sealing Solutions, LLC** | Case number (if known) | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.5** **Creditor's name**

**Intech Funding Corp**

**Creditor's mailing address**

**PO Box 7167**

**Pasadena, CA 91109-7167**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Okuma

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| | Column A | Column B |
|---|---|---|
| Okuma | $309,667.00 | $169,500.00 |

Debtor    **North American Sealing Solutions, LLC**

Name    Case number (if known) **25-41374-elm**

---

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**Intech Funding Corp**

**Creditor's mailing address**

**PO Box 7167**

**Pasadena, CA 91109-7167**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Tsugami C

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$186,719.00    $69,300.00

Debtor    **North American Sealing Solutions, LLC**
Name

Case number (if known)   **25-41374-elm**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** **Creditor's name**

**Internal Revenue Service**

**Creditor's mailing address**

**Mail Code DAL-5020**

**1100 Commerce Street**

**75242**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.

  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

$255,908.00     unknown

| Debtor | **North American Sealing Solutions, LLC** | | Case number (if known) | **25-41374-elm** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Part 1: | Additional Page | | Column A | Column B |
| --- | --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.8 Creditor's name**

**Old National Equipment Finance**

**Creditor's mailing address**

**8750 W Bryn Mawr Ste 1300m**

**Chicago, IL 60631**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Tsugami B

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$29,000.00

$57,500.00

| Debtor | **North American Sealing Solutions, LLC** | Case number (if known) **25-41374-elm** |
| --- | --- | --- |
|  | Name |  |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9 Creditor's name**

**PNC Bank**

Describe debtor's property that is subject to a lien

$35,110.00 | unknown

**Creditor's mailing address**

**5701 Camp Bowie Blvd**

**Fort Worth, TX 76107-5005**

Describe the lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Remarks:** Line of Credit

| Debtor | **North American Sealing Solutions, LLC** | Case number (if known) | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

**Toyota Commercial Finance**

**Creditor's mailing address**

**PO Box 660926**

**Dallas, TX 75226-0926**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Forklift          **$22,879.00**      **$22,879.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Debtor | **North American Sealing Solutions, LLC** | Case number (if known) **25-41374-elm** |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

| **2.11** Creditor's name | **Describe debtor's property that is subject to a lien** | $2,000,000.00 | unknown |
|---|---|---|---|

**U.S. Small Business Administration**

**Creditor's mailing address**

**PO Box 3918**

**Portland, OR 97208-3918**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Remarks:** EIDL Loan

| Debtor | **North American Sealing Solutions, LLC** | Case number (if known) **25-41374-elm** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.12** Creditor's name

**Umpqua Bank**

Describe debtor's property that is subject to a lien

|  | $7,219.00 | unknown |

**Creditor's mailing address**

**1 SW Columbia St Ste 1200**

**97258**

Describe the lien

**Creditor's email address, if known**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Remarks:** Financing of MRP Software

Fill in this information to identify the case:

Debtor name __**North American Sealing Solutions, LLC**__

United States Bankruptcy Court for the:

__**Northern District of Texas**__

Case number (if known): __**25-41374-elm**__

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2**    Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

---

**3.1** Nonpriority creditor's name and mailing address

**Alpine Polytech**

**1325 Ranchers Legacy Trail**

**Fort Worth, TX 76126**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $3,600.00**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred _____

Last 4 digits of account number **1   0   0   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $72,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $6,415.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Anyseals, Inc**

**PO Box 536005**

**Pittsburgh, PA 15253**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $107,191.10**

---

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address

APG

11122 Beltline Rd

Houston, TX 77067

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$433,043.60

---

**3.6** Nonpriority creditor's name and mailing address

Arrow Plating Company

3129 May St

Fort Worth, TX 76110

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,061.02

---

**3.7** Nonpriority creditor's name and mailing address

Atlas Copco

19511 Dept Ch

Palatine, IL 60055-9511

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$200.00

---

**3.8** Nonpriority creditor's name and mailing address

Automated Finishing Technology

204 South 6th Ave

Mansfield, TX 76063

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$690.00

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|--------|-------------------------------------------|--------------------------|------------------|
|        | Name                                      |                          |                  |

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,152.32 |
|-----|--------------------------------------------------|------------------------------------------------|-------------|

**Aviva Metals**

2929 West 12th Street

Houston, TX 77008

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,631.00 |
|------|--------------------------------------------------|------------------------------------------------|-------------|

**Backd**

4853 Williams Ste 111

Georgetown, TX 78633

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,800.00 |
|------|--------------------------------------------------|------------------------------------------------|------------|

**Bank of America**

4751 S Hulen St

Fort Worth, TX 76132

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  0   1   9   9

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,148.00 |
|------|--------------------------------------------------|------------------------------------------------|-------------|

**Bank of Texas**

5909 Camp Bowie Blvd

Fort Worth, TX 76107

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  0   4   4   7

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.13** | Nonpriority creditor's name and mailing address

**Capital One**

**2903 Forest Ln**

**Dallas, TX 75234**

Date or dates debt was incurred _____

Last 4 digits of account number    **1  2  6  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,549.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Citibank**

**4050 Regent Blvd**

**Irving, TX 75063**

Date or dates debt was incurred _____

Last 4 digits of account number    **8  6  6  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,492.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**CNB Sales, Inc**

Date or dates debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.16** | Nonpriority creditor's name and mailing address

**Coating Systems Inc**

**150 Sales Ave**

**Harrison, OH 45030**

Date or dates debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,114.17**

---

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**Compass**

**5701 Camp Bowie Blvd**

**Fort Worth, TX 76107-5005**

Date or dates debt was incurred _____

Last 4 digits of account number    **5   2   7   0**

As of the petition filing date, the claim is:          **$35,110.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Curbell Plastics, Inc**

**2001 Timberlake Dr**

**Arlington, TX 76010**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          **$10,438.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Dorothy Oswald**

**3000 W Pafford St**

**Fort Worth, TX 76110**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          **$500,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Farmers Copper**

**9900 Emmet F Lowry Expy**

**Texas City, TX 77591**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          **$3,729.03**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64,950.14 |
|---|---|---|

**First Choice Seals**

14012 99 St
Grande Praire
AB T8V 7W3

14012 99 St

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,600.00 |
|---|---|---|

**First Financial**

1000 Forest Park Blvd
Fort Worth, TX 76110

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number 0 3 7 3

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,856.07 |
|---|---|---|

**Freudenberg**

47690 E. Anchor Ct
Plymouth, MI 48170-2455

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 |
|---|---|---|

**Gent Machine**

12315 Kirby Avenue
Cleveland, OH 44108

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,201.18 |

**H&D Distributors, Inc**

**1373 Round Table Drive**

**Dallas, TX 75247**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.26

**Hardinge**

**1 Hardinge Dr**

**Elmira, NY 14903**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,073.49

**Hartwig**

**10617 Trenton Ave**

**Saint Louis, MO 63132**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,691.92

**Hisco**

**1200 Placid Ave #300**

**Plano, TX 75074**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,060.48 |
|---|---|---|---|
| | **Indian Rubber Company** | ☐ Contingent | |
| | **440 W Fork Dr** | ☐ Unliquidated | |
| | **Arlington, TX 76012** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred  _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No  ☐ Yes | |

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132,846.39 |
|---|---|---|---|
| | **Industrial Seal** | ☐ Contingent | |
| | **330 Westway** | ☐ Unliquidated | |
| | **Arlington, TX 76018** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred  _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No  ☐ Yes | |

| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,124.00 |
|---|---|---|---|
| | **Jar-Tex Industries** | ☐ Contingent | |
| | **204 E Daggett Ave** | ☐ Unliquidated | |
| | **Fort Worth, TX 76104** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred  _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No  ☐ Yes | |

| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,365.00 |
|---|---|---|---|
| | **Masterworks Manufacturing Services, Inc** | ☐ Contingent | |
| | **508 Shoreview Park Rd.** | ☐ Unliquidated | |
| | **Saint Paul, MN 55126** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred  _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No  ☐ Yes | |

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.33** | Nonpriority creditor's name and mailing address

**McMaster-Carr**

**9603 Norwalk Blvd**

**Santa Fe Springs, CA 90670-2932**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,346.86

---

**3.34** | Nonpriority creditor's name and mailing address

**McMurray Metals**

**3000 Elm St**

**Dallas, TX 75226**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$31,589.94

---

**3.35** | Nonpriority creditor's name and mailing address

**MSC Industrial Supply**

**PO Box 953635**

**Saint Louis, MO 63195-3635**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,865.18

---

**3.36** | Nonpriority creditor's name and mailing address

**North Texas Precision Instruments**

**7464 Dogwood Park**

**Fort Worth, TX 76118**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$187.27

---

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $905.15 |
|---|---|---|
| **Professional Plastics** | ☐ Contingent | |
| **2060 Luna Rd Ste 120** | ☐ Unliquidated | |
| **Carrollton, TX 75006** | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | ☑ No | |
| | ☐ Yes | |

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17,331.71 |
|---|---|---|
| **ProGum Elastomer** | ☐ Contingent | |
| **300/66, Pluak Daeng District, 21140, Thailand** | ☐ Unliquidated | |
| **Amphur 300** | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | ☑ No | |
| | ☐ Yes | |

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,760.03 |
|---|---|---|
| **RMP Industrial Supply** | ☐ Contingent | |
| **3209 Stuart Dr** | ☐ Unliquidated | |
| **Fort Worth, TX 76110** | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | ☑ No | |
| | ☐ Yes | |

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,650.00 |
|---|---|---|
| **SEA Wire and Cable Inc** | ☐ Contingent | |
| **451 Lanier Road** | ☐ Unliquidated | |
| **Madison, AL 35758** | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | ☑ No | |
| | ☐ Yes | |

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.43** | Nonpriority creditor's name and mailing address
**Special Metals INC**

**2009 S Broadway Ave**

**Oklahoma City, OK 73160**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$207,192.69

---

**3.44** | Nonpriority creditor's name and mailing address
**State of Texas**

**PO Box 149534**

**Austin, TX 78714**

Date or dates debt was incurred    **12/1/2024**

Last 4 digits of account number  **6  4  8  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales Tax**

Is the claim subject to offset?
☑ No
☐ Yes

$33,515.00

---

**3.45** | Nonpriority creditor's name and mailing address
**Sterling Gun Drills**

**940 Water Street**

**North Bennington, VT 05257**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,287.40

---

**3.46** | Nonpriority creditor's name and mailing address
**Tax Assessor Collector**

**100 E Weatherford St**

**Fort Worth, TX 76196**

Date or dates debt was incurred    **2024**

Last 4 digits of account number  **9  0  6  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Property Tax**

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

Debtor  **North American Sealing Solutions, LLC**

Name

Case number *(if known)*   **25-41374-elm**

---

| Part 2: | Additional Page |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

**Texas Alloys & Tool Co.**

**4609 Fairlane Ave**

**Fort Worth, TX 76119**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,255.15

---

**3.48** Nonpriority creditor's name and mailing address

**Texas Comptroller**

**PO Box 149534**

**Austin, TX 78714**

Date or dates debt was incurred   **2024-2025**

Last 4 digits of account number   **6  4  8  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unemployment Tax**

Is the claim subject to offset?
☑ No
☐ Yes

$27,726.00

---

**3.49** Nonpriority creditor's name and mailing address

**Texas Rigging**

**6336 Sardis St**

**Midlothian, TX 76065**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,500.00

---

**3.50** Nonpriority creditor's name and mailing address

**Texas Tax Assessor**

**100 E Weatherford St**

**Fort Worth, TX 76196**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,100.00

---

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,900.18 |
|---|---|---|---|

**Thyssenkrupp Materials**

**3001 Alouette Dr Ste 100**

**Grand Prairie, TX 75052**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,520.00 |
|---|---|---|---|

**VOX**

**100 Park Ave Floor 30**

**New York, NY 10017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**WT Grinding**

**307 West Fork Drive**

**Arlington, TX 76012-3448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,969.25 |
|---|---|---|---|

**Xiamen Best Seal Imp & Exp Co**

**One Pierce Place Ste 700W**

**Itasca, IL 60143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **North American Sealing Solutions, LLC** | Case number *(if known)* | **25-41374-elm** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 4:**</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,168,775.98** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,168,775.98** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **North American Sealing Solutions, LLC** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-41374-elm** Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Water Machine | Pure Water Partners |
| | | | 123 S. 3rd St #28 |
| | State the term remaining | 0 months | Sandpoint, ID 83864 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Printer Lease | SOS Texas |
| | | | 13960 Trinity Blvd |
| | State the term remaining | 24 months | Euless, TX 76040 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **North American Sealing Solutions, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known): **25-41374-elm**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Thomas Oswald** | **3000 W. Pafford St.** <br> Street | **Intech Funding Corp** | ☑ D <br> ☐ E/F <br> ☐ G |
| | **Fort Worth, TX 76110** <br> City          State          ZIP Code | **Toyota Commercial Finance** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Intech Funding Corp** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Financial Services** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Old National Equipment Finance** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Intech Funding Corp** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Highland Capital Corporation** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **U.S. Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Umpqua Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor   **North American Sealing Solutions, LLC**                    Case number (if known) **25-41374-elm**
         Name

████████    Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **PNC Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **First Bank of The Lake** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Internal Revenue Service** | ☑ D<br>☐ E/F<br>☐ G |

| 2.2 | | | | ☐ D |
|---|---|---|---|---|
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | City        State        ZIP Code | | | |

| 2.3 | | | | ☐ D |
|---|---|---|---|---|
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | City        State        ZIP Code | | | |

| 2.4 | | | | ☐ D |
|---|---|---|---|---|
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | City        State        ZIP Code | | | |

| 2.5 | | | | ☐ D |
|---|---|---|---|---|
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | City        State        ZIP Code | | | |

| 2.6 | | | | ☐ D |
|---|---|---|---|---|
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | City        State        ZIP Code | | | |

**Fill in this information to identify the case:**

Debtor name     **North American Sealing Solutions, LLC**

United States Bankruptcy Court for the:

         **Northern District of Texas**

Case number (if known):    **25-41374-elm**     Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.........................................................................................................    **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*...................................................................................................... **$4,758,922.00**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*....................................................................................................... **$4,758,922.00**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. **$3,185,033.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... **+ $2,168,775.98**

4. **Total liabilities**................................................................................................................................... **$5,353,808.98**

   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name     **North American Sealing Solutions, LLC**

United States Bankruptcy Court for the:

            **Northern District of Texas**

Case number (if known):    **25-41374-elm**

☐ Check if this is an amended filing

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/09/2025**      **X** /s/ Thomas Oswald
       MM/ DD/ YYYY         Signature of individual signing on behalf of debtor

                                      **Thomas Oswald**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor