Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
117 South Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NORTH AMERICAN | § | |
| SEALING SOLUTIONS, LLC, | § | CASE NO. 25-41374-elm |
| | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**DEBTOR'S MOTION FOR AUTHORITY TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH ST., FORT WORTH, TEXAS 76102 ON OR BEFORE AUGUST 14TH, 2025, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

COMES NOW North American Sealing Solutions, LLC, debtor in the above styled and referenced case (the "Debtor"), and files this its *Motion for Authority to Sell Assets Free and Clear of Liens, Claims and Encumbrances* (the "Sale Motion" or "Motion") and, in support thereof,

respectfully states as follows:

## I.    INTRODUCTION

1. On April 18, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 Subchapter V of the Bankruptcy Code. The Debtor is operating and managing its business as debtor-in-possession under sections 1107 and 1108 of the Bankruptcy Code. Areya H. Aurzada has been appointed as the Subchapter V Trustee.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), which may be heard and finally determined by this Court. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This Motion seeks relief pursuant to sections 105(a), 363, and 365 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtor requests the Court to enter an order authorizing the sale of the Equipment (as described below) free and clear of all liens and encumbrances.

## II.    TERMS OF PROPOSED SALE

4. The Debtor seeks to sell the following personal property, commonly known as a "Dip Spin Coating Machine" (the "Equipment"):

   Ronci R200VPC Programmable 16: Centrifugal Coating Machine with 8-Speed Spin Motor, (6) R-200 Work Baskets, (3) Stainless Steel Tanks w/ Cover and All Standard Equipment

5. The Debtor has received a cash offer of $20,000.00 for the Equipment (the "Purchase Price") from Agri-Cover, Inc. ("Buyer"). The Debtor believes the Purchase Price is fair and reasonable, in its sound business judgment.

6. The Equipment is encumbered by a lien in favor of Wells Fargo Equipment Finance, Inc. ("Wells Fargo"). Wells Fargo has filed a proof of claim (Claim No. 18) asserting a total claim

of $227,295.76, of which $133,600.00 is secured by various items of equipment, including the Equipment being sold hereby. All net proceeds of the sale shall be paid to Wells Fargo upon closing of the sale. Wells Fargo has agreed (as indicated by its signature below) that upon closing of the sale it will amend its proof of claim to reflect a reduction of $20,000 (or whatever the net proceeds of sale may be after costs of sale, if any) and will indicate that the reduction applies to the secured portion of the claim. Wells Fargo has also agreed to partially release its liens specifically with regard to the Equipment. Wells Fargo will otherwise retain its claims and secured interests in the Debtor's assets.

7.  The Debtor has marketed the Equipment for sale and believes the Purchase Price is the highest offer available withing a reasonable time. However, the Debtor will continue to market the Property for sale pending approval of the sale to the Buyer and will submit higher or better offers to the Court for consideration in the alternative, if any are received.

### III.  REQUEST FOR RELIEF

A.  Approval of Sale Pursuant to Section 363(b)

8.  "The [Debtor], after notice and a hearing, may use, sell, or lease other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1)." The [Debtor] must provide some sound business justification for the proposed sale." *In re Continental Air Lines, Inc.*, 780 F.2d 1223 (5th Cir. 1986). The Debtor has adequately marketed the Property and asserts the proposed Purchase Price is fair and reasonable. Delay may result in loss of the Buyer, or further reduction in value received. Delay will result in additional ongoing expenses to the Debtor and its estate. In exercise of its business judgment, the Debtor asserts that the proposed sale is in the best interest of the estate. Id.; see also, *In re the Bombay Company, Inc.*, 2007 Bankr. LEXIS 3218 (Bankr. N.D. Tex. 2007).

B.  Purchaser Protection as a Good-Faith Purchaser

9. Bankruptcy Code section 363(m) states, in relevant part:

> The reversal or modification on appeal of an authorization under subsection (b) or (c) of this section of a sale or lease of property does not affect the validity of a sale or lease under such authorization to an entity that purchased or leased such property in good faith, whether or not such entity knew of the pendency of the appeal, unless such authorization and such sale or lease were stayed pending appeal.

11. U.S.C. § 363(m).

10. This Court has upheld section 363 purchase agreements "negotiated, proposed, and entered into ... in good faith, without collusion ... [resulting from] arm's-length bargaining with ... parties represented by independent counsel." *In re Tridimension Energy, L.P.*, No. 10-33565-SGJ, 2010 WL 5209236, at *4, *13 (Bankr. N.D. Tex. Nov. 19, 2010). A sale to a good-faith purchaser cannot be avoided under section 363(m), unless the sale authorization was stayed pending appeal. 11 U.S.C. § 363(m) ("The reversal or modification of an authorization under subsection (b) of this section of a sale ... does not affect the validity of [the] sale ... to an entity that purchased ... the property in good faith...."). However," [t]he trustee may avoid a sale ... if the sale price was controlled by an agreement among potential bidders...." 11 U.S.C. § 363(n). Additionally, for the sale to be considered in good-faith, consideration must: (1) be fair and reasonable; (2) be the highest and best offer for the property, and (3) constitute reasonably equivalent value, fair value, and fair consideration. *Tridimension Energy, L.P.*, 2010 WL 5209236, at *13.

11. The Debtor will show at the hearing hereon that it negotiated with all potential purchasers at arm's-length, in good faith, and in an effort to achieve the best offer for its Property. The Debtor will show that Buyer is entitled to the protections of a good-faith purchaser under section 363(m), and that the sale of the Property does not constitute an avoidable transaction pursuant to section 363(n).

WHEREFORE, the Debtor respectfully requests that this Motion be granted and that the Court enter an order approving the sale of the Property to Buyer, authorizing the sale of the Property free and clear of liens, claims and encumbrances pursuant to Bankruptcy Code § 363(b) and (m), and granting the Debtor such other and further relief as to which it may be justly entitled.

Dated: July __, 2025.

                                       Respectfully submitted,

                                       */s/Joyce W. Lindauer*
                                       Joyce W. Lindauer
                                       State Bar No. 21555700
                                       Joyce W. Lindauer Attorney, PLLC
                                       117 South Dallas Street
                                       Ennis, Texas 75119
                                       Telephone: (972) 503-4033
                                       Facsimile: (972) 503-4034
                                       Email:  joyce@joycelindauer.com
                                       ATTORNEYS FOR DEBTOR

**AGREED:**

*/s/ Jason Harkness*
Jason Harkness
Senior Loan Workout Specialist
Wells Fargo Equipment Finance, Inc.
801 Walnut St.
Des Moines, IA 50309
Jason.H.Harkness@WellsFargo.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24th, 2025, a true and correct of the foregoing Motion was served by U.S. Mail and email on via the Court's ECF email system upon all parties receiving electronic notice in this case.

                                       */s/Joyce W. Lindauer*
                                       Joyce W. Lindauer

Alpine Polytech
1325 Ranchers Legacy Trail
Fort Worth, TX 76126

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Anyseals, Inc
PO Box 536005
Pittsburgh, PA 15253

APG
11122 Beltline Rd
Houston, TX 77067

Arrow Plating Company
3129 May St
Fort Worth, TX 76110

Atlas Copco
19511 Dept Ch
Palatine, IL 60055-9511

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Automated Finishing Technology
204 South 6th Ave
Mansfield, TX 76063

Aviva Metals
2929 West 12th Street
Houston, TX 77008

Backd
4853 Williams Ste 111
Georgetown, TX 78633

Bank of America
4751 S Hulen St
Fort Worth, TX 76132

Bank of Texas
5909 Camp Bowie Blvd
Fort Worth, TX 76107

Capital One
2903 Forest Ln
Dallas, TX 75234

Citibank
4050 Regent Blvd
Irving, TX 75063

CNB Sales, Inc

Coating Systems Inc
150 Sales Ave
Harrison, OH 45030

Compass
5701 Camp Bowie Blvd
Fort Worth, TX 76107-5005


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Curbell Plastics, Inc
2001 Timberlake Dr
Arlington, TX 76010


Dorothy Oswald
3000 W Pafford St
Fort Worth, TX 76110


Farmers Copper
9900 Emmet F Lowry Expy
Texas City, TX 77591


Financial Services
1625 Foutainhead Pkwy
Tempe, AZ 85282


First Bank of The Lake
1088 N. Church St
Greenville, SC 29601


First Choice Seals
14012 99 St
Grande Praire
AB T8V 7W3
14012 99 St

First Financial
1000 Forest Park Blvd
Fort Worth, TX 76110

Freudenberg
47690 E. Anchor Ct
Plymouth, MI 48170-2455

Gent Machine
12315 Kirby Avenue
Cleveland, OH 44108

H&D Distributors, Inc
1373 Round Table Drive
Dallas, TX 75247

Hardinge
1 Hardinge Dr
Elmira, NY 14903

Hartwig
10617 Trenton Ave
Saint Louis, MO 63132

Highland Capital Corporation
370 Pascack Rd
Township of Washington, NJ 07676

Hisco
1200 Placid Ave #300
Plano, TX 75074

Indian Rubber Company
440 W Fork Dr
Arlington, TX 76012

Industrial Seal
330 Westway
Arlington, TX 76018

Intech Funding Corp
PO Box 7167
Pasadena, CA 91109-7167

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
75242

Jar-Tex Industries
204 E Daggett Ave
Fort Worth, TX 76104

Masterworks Manufacturing Services, Inc
508 Shoreview Park Rd.
Saint Paul, MN 55126

McMaster-Carr
9603 Norwalk Blvd
Santa Fe Springs, CA 90670-2932

McMurray Metals
3000 Elm St
Dallas, TX 75226

MSC Industrial Supply
PO Box 953635
Saint Louis, MO 63195-3635

North Texas Precision
Instruments
7464 Dogwood Park
Fort Worth, TX 76118

Old National Equipment
Finance
8750 W Bryn Mawr Ste 1300m
Chicago, IL 60631

PNC Bank
5701 Camp Bowie Blvd
Fort Worth, TX 76107-5005

Pofford Partners, LLC
1635 Rogers Rd.
Fort Worth, TX 76107

Professional Plastics
2060 Luna Rd Ste 120
Carrollton, TX 75006

ProGum Elastomer
300/66, Pluak Daeng District, 21140,
Thailand
Amphur 300

Pure Water Partners
123 S. 3rd Suite 28
Sandpoint, ID 83864

Pure Water Partners
123 S. 3rd St #28
Sandpoint, ID 83864

RMP Industrial Supply
3209 Stuart Dr
Fort Worth, TX 76110

SEA Wire and Cable Inc
451 Lanier Road
Madison, AL 35758

SOS Texas
13960 Trinity Blvd
Euless, TX 76040

Special Metals INC
2009 S Broadway Ave
Oklahoma City, OK 73160

State of Texas
PO Box 149534
Austin, TX 78714

Sterling Gun Drills
940 Water Street
North Bennington, VT 05257


Tax Assessor Collector
100 E Weatherford St
Fort Worth, TX 76196


Texas Alloys & Tool Co.
4609 Fairlane Ave
Fort Worth, TX 76119


Texas Comptroller
PO Box 149534
Austin, TX 78714


Texas Rigging
6336 Sardis St
Midlothian, TX 76065


Texas Tax Assessor
100 E Weatherford St
Fort Worth, TX 76196


Thomas Oswald
3000 W. Pafford St.
Fort Worth, TX 76110


Thyssenkrupp Materials
3001 Alouette Dr Ste 100
Grand Prairie, TX 75052

Toyota Commercial Finance
PO Box 660926
Dallas, TX 75226-0926

U.S. Small Business Administration
PO Box 3918
Portland, OR 97208-3918

U.S. Trustee's Office
1100 Commerce Street Room 976
Dallas, TX 75242

Umpqua Bank
1 SW Columbia St Ste 1200
97258

US Atty General
10th and Constitution Ave., NW
Main Justice Bldg. Room 5111
Washington, DC 20530

VOX
100 Park Ave Floor 30
New York, NY 10017

WT Grinding
307 West Fork Drive
Arlington, TX 76012-3448

Xiamen Best Seal Imp & Exp Co
One Pierce Place Ste 700W
Itasca, IL 60143